IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02654-LTB-OES

DANIEL DUNCAN,

Plaintiff(s),

vs.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: June 29, 2005

      The parties' Agreed Motion to Vacate Settlement Conference [filed June 28, 2005] is GRANTED. The settlement conference of August 11, 2005, is VACATED as counsel advise they are seeking private mediation.