IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02654-LTB-OES

DANIEL DUNCAN,

Plaintiff(s),

vs.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: July 5, 2005

    For reasons stated on the record, Plaintiff's Motion for Protective Order and to Quash Subpoena [Doc. #19, filed 6/8/05] is DENIED.