# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-02654-LTB-OES

DANIEL DUNCAN,
            Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,
            Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion

to Dismiss With Prejudice (filed August 29, 2005), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 30, 2005